UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ESSEX INSURANCE COMPANY,**

    **Plaintiff,**

v.

**WOMICK LAW FIRMS, CHTD, et al,**

    **Defendant.**                                  No. 14-cv-602-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on February 26, 2016 (Doc. 80), this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:     /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Dated: February 29, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.02.29 14:04:25 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT